UNITED STATES DISTRICT COURT
for the WESTERN DISTRICT of WASHINGTON

FISHING VESSEL OWNERS MARINE WAYS, INC,

            Plaintiff,

vs.

MARK and JULIE DAVISCOURT, et al.,

           Defendant.

C06-1294 JPD

**ORDER OF DISMISSAL UPON NOTIFICATION OF SETTLEMENT**

    The Court having been notified of the settlement of the above entitled cause, and it appearing that no issue remains for the Court's determination,

    IT IS ORDERED that this action and all claims herein are DISMISSED with prejudice and without costs to any party.

    In the event that the settlement is not perfected, any party may move to reopen the case, provided that such motion is filed within thirty (30) days of the date of this order. Any trial date and pretrial dates previously set are hereby vacated.

DATED this 19th of October, 2006

*James P. Donohue*

James P. Donohue
U.S. Magistrate Judge